# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| NANCY STINER, <br><br> Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF ILLINIOIS, <br><br> Defendant. | CV-19-63-BU-BMM <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 15) entered jointly by the parties;

IT IS HEREBY ORDERED that this action is dismissed with prejudice with the parties to bear their own costs and attorneys' fees.

DATED this 14th day of April, 2020.

_____
Brian Morris, Chief District Judge
United States District Court